IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY FORD,<br><br>Defendant. | PO-16-5026-BLG-TJC<br>Violation No. FBDG004D<br>Location Code: M6H<br><br>ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the motion to dismiss with prejudice is GRANTED and that Violation No. FBDG004D issued to defendant Casey Ford, is dismissed with prejudice.

DATED this 17th day of January, 2017.

HONORABLE TIMOTHY J. CAVAN
United States Magistrate Judge